IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:19-cv-00531-FL

| | |
|---|---|
| DONALD DANIELS, | ) |
| Plaintiff, | ) **ORDER GRANTING THE PARTIES'** |
| vs. | ) **JOINT MOTION TO AMEND THE** |
| | ) **CASE MANAGEMENT ORDER TO** |
| HYSTER-YALE GROUP, INC., | ) **EXTEND DISCOVERY DEADLINES** |
| Defendant. | ) |

**THIS MATTER** having come before this Court on Defendant Hyster-Yale Group, Inc. and Plaintiff Donald Daniels' Joint Motion to Amend the Case Management Order to Extend Discovery Deadlines pursuant to Rule 6(b) of the Federal Rules of Civil Procedure; and

It appearing to this Court that the affected deadlines have not yet expired; that good cause exists for the granting of this Motion; and that said Motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that the parties' Joint Motion to Amend the Case Management Order to Extend Discovery Deadlines is GRANTED; and that the Court's December 2, 2019 Case Management Order is hereby amended as follows:

a. The deadline to complete discovery is extended 120 days, to and including, July 6, 2020.

b. The deadline to serve supplemental disclosures under Fed. R. Civ. P. 26(e) is reset to 40 days prior to the completion of the amended deadline to complete discovery, to and including, May 27, 2020.

c. The deadline to complete mediation is extended 120 days, to and including, July 6, 2020.

d. The deadline to file dispositive motions is extended 120 days, to and including, 2020.

**IT IS SO ORDERED.**

This the _____ day of March, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

4826-4193-5286, v. 3