IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:19-cv-00531-FL

| | |
|---|---|
| DONALD DANIELS, | ) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| HYSTER-YALE GROUP, INC., | ) |
| Defendant. | ) |

NOW COME Plaintiff Donald Daniels and Defendant Hyster-Yale Group, Inc. and pursuant to Rule 41(a)(1)(A)(ii) stipulate that all of Plaintiff's claims against Defendant and all Defendant's claims against Plaintiff in this lawsuit are hereby dismissed *with prejudice*. Each party will bear their own costs.

Respectfully submitted this the 4th day of September, 2020.

SPENGLER & AGANS, PLLC                     JACKSON LEWIS P.C.

BY: */s/ Eric Spengler*                    BY: */s/ Jason V. Federmack*
    ERIC SPENGLER                              ANN H. SMITH
    N.C. State Bar No. 47165                   N.C. State Bar No. 23090
    352 N. Caswell Road                        JASON V. FEDERMACK
    Charlotte, NC 28204                        N.C. State Bar No. 46014
    Telephone: (704) 910-5469                  3737 Glenwood Avenue, Suite 450
    Facsimile: (704) 730-7861                  Raleigh, NC 27612
    Email: eric@spengleraganslaw.com           Telephone: (919) 760-6460
                                               Facsimile: (919) 760-6461
                                               Email: ann.smith@jacksonlewis.com
FITZGERALD LITIGATION                      Email: jason.federmack@jacksonlewis.com
                                               *Attorneys for Defendant*
BY: */s/ Andrew L. Fitzgerald*
    ANDREW L. FITZGERALD
    N.C. State Bar No. 31522
    119 Brookstown Avenue, Suite 402
    Winston-Salem, NC 27101

Telephone: (336) 793-4365
Facsimile: (336) 793-4696
Email:andy@fitzgeraldlitigation.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:19-cv-00531-FL

| | |
|---|---|
| DONALD DANIELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| HYSTER-YALE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned certifies that on September 4, 2020, a copy of the *Stipulation of Dismissal with Prejudice* was electronically filed with the Court of the Court, using the Court's CM/ECF electronic service system which sent notification of such filing as follows:

Andrew L. Fitzgerald
Fitzgerald Litigation
119 Brookstown Avenue, Suite 402
Winston-Salem, NC 27101
andy@fitzgeraldlitigation.com
*Attorney for Plaintiff*

A copy of the aforesaid document was also served on the following non-CM/ECF filer by electronic mail:

Eric Spengler
Spengler & Agans, PLLC
352 N. Caswell Road
Charlotte, NC 28204
eric@spengleraganslaw.com
*Attorney for Plaintiff*

JACKSON LEWIS P.C.

BY:    */s/ Jason V. Federmack*
        ANN H. SMITH
        N. C. State Bar No. 23090
        JASON V. FEDERMACK
        N. C. State Bar No. 46014
        *Attorneys for Defendant*
        3737 Glenwood Avenue, Suite 450
        Raleigh, NC 27612
        Telephone: (919) 760-6460
        Facsimile: (919) 760-6461
        Email: Ann.Smith@jacksonlewis.com
        Email: Jason.Federmack@jacksonlewis.com

4812-0707-3482, v. 1